1 Surekha A. Pessis, D.C.A.
200 N. Main St. 8th Fl.
2 L.A., CA. 90012
3 Attorney for Defendants, City of L.A.

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2007 DEC 27 AM 10: 20

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ENRIQUE ECHEVERRIA,

    Plaintiff,

v.

CITY OF LOS ANGELES, a Public entity, LOS ANGELES POLICE DEPT., an entity of unknown form, A. NEGRETE, BADGE NO. 33348, LIN HOM, BADGE NO. 31821, RICHARD GORDON, BADGE NO. 24262, V. REYES, BADGE NO. 33354, G. MCCAIN, BADGE NO. 24649, D. HENRY, BADGE NO. 30472, G. BARBOZA, BADGE NO. 26277, B. PULIDO, BADGE No. 23730, J. YOSHIDA, BADGE NO. 30133, as Individuals, and City of Los Angeles Police Officers, and DOES 1 through 50, inclusive,

    Defendants.

CASE NO. CV 05-7738 PLA ~~(VBKx)~~
Hon. Paul L. Abrams
Courtroom G/9
~~Hon. Victor B. Kenton~~
~~Courtroom 934-H~~

[~~PROPOSED~~]
JUDGMENT AFTER TRIAL BY JURY

This action came on regularly for trial on December 4, 2007, in Courtroom "G-9" of the United States District Court for the Central District of California before the Honorable Paul L. Abrams, Magistrate Judge. Plaintiff Enrique Echeverria was represented by Maria

1 Cavalluzzi and Michael Cavalluzzi. The Defendants, CITY OF LOS ANGELES, VALENTIN REYES, STAN EVANS and GABRIEL BARBOZA, were represented by Deputy City Attorney Surekha A. Pessis and Assistant City Attorney Cory Brente.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues if, after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## JURY VERDICT

"TITLE OF COURT AND CAUSE"

"WE, THE JURY, in the above-entitled action, unanimously find on the questions presented as follows:

**QUESTION NO. 1:**   Was Plaintiff unlawfully arrested without probable cause in violation of his Fourth Amendment rights?

YES _____    NO. __✘__

*If you answered "yes", please proceed to Question No. 2. If you answered "no", please proceed to Question No. 4.*

///
///

**QUESTION NO. 2**   Please pace a check mark next to the name of each Defendant who either unlawfully arrested Plaintiff, or caused Plaintiff to be unlawfully arrested, in violation of his Fourth Amendment rights.

        Defendant Evans   _____

        Defendant Barboza   _____

**QUESTION NO. 3**   Did the unlawful arrest of Plaintiff cause Plaintiff to suffer injury or damages?

        YES _____   NO. _____

*Please proceed to Question No. 4.*

**QUESTION NO. 4**   Did any of the Defendants engage in the malicious prosecution of Plaintiff in violation of plaintiff's constitutional rights?

        YES _____   NO. __✘__

*If you answered "yes", please proceed to Question No. 5. If you answered "no", please proceed to Question No. 7.*

**QUESTION NO. 5**   Please place a check mark next to the name of each Defendant who engaged in the malicious prosecution of Plaintiff.

        Defendant Evans   _____

        Defendant Barboza   _____

*Please proceed to Question 6.*

///

**QUESTION NO. 6:**   Did the malicious prosecution cause Plaintiff to suffer injury or damages?

        YES _____   NO. _____

*Please proceed to Question No. 7.*

**QUESTION NO. 7**   Was Plaintiff unlawfully arrested without probable cause in violation of California law?

        YES _____   NO. __✖__

*If you answered "yes", please proceed to Question No. 8. If you answered "no", please proceed to Question No. 10.*

**QUESTION NO. 8**   Please place a check mark next to the name of each Defendant who either unlawfully arrested Plaintiff, or caused Plaintiff to be unlawfully arrested, in violation of California law.

    Defendant Evans       _____
    Defendant Barboza    _____
    Defendant Reyes      _____

*Please proceed to Question 9.*

**QUESTION NO. 9:**   Did plaintiff's unlawful arrest in violation of California law cause Plaintiff to suffer injury or damages?

        YES _____   NO. _____

*Please proceed to Question No. 10.*

**QUESTION NO. 10:**   If you answered "yes" to Questions No. 3, 6, and/or 9, and thus determined that one or more Defendants violated plaintiff's rights by unlawfully arresting him and/or engaging in his malicious prosecution, please state the total amount of damages you award to Plaintiff.

$ [left blank by jury]

*Please proceed to Question No. 11.*

**QUESTION NO. 11:**   Do you find by a preponderance of the evidence that the conduct of any Defendant which caused injury or damage to Plaintiff was undertaken maliciously, oppressively, or with a conscious disregard of plaintiff's constitutional rights?

YES _____   NO. ✖___

*If you answered "yes", please proceed to Question No. 12. If you answered "no", please sign and return this verdict form.*

**QUESTION NO. 12**   Please place a check mark next to the name of each Defendant who acted maliciously, oppressively, or with a conscious disregard of plaintiff's constitutional rights.

Defendant Evans       _____
Defendant Barboza     _____
Defendant Reyes       _____

///
///

**If you responded "yes" to Question No. 11, do not attempt to calculate the amount of damages from that conduct at this time.**

Please date, sign and return this form.

DATED: December ___, 2007          _____[signed by Harold Denning]_____
                                              FOREPERSON OF THE JURY

## JUDGMENT

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be, and hereby is, entered in favor of the Defendants and against the Plaintiff;

2. That the Plaintiff shall take nothing;

3. That the Defendants recover their costs of suit herein.

Dated: JANUARY 3, 2008         _____/s/ Paul L. Ch_____
                                        PAUL L. ABRAMS
                                    United States ~~District~~ ~~J~~udge
                                              Magistrate

-6-

# PROOF OF SERVICE BY MAIL

I, SOLEDAD FIGUEROA, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 6th Floor, City Hall East, 200 North Main Street, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

On December 27, 2007, I served the foregoing document(s) described as:

**[PROPOSED]**
**JUDGMENT AFTER TRIAL**
**BY JURY**

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at Los Angeles, California, addressed to:

**MARIA CAVALLUZZI, ESQ.**
**CAVALLUZZI & CAVALLUZZI**
**9200 SUNSET BLVD.**
**SUITE 807**
**LOS ANGELES, CALIFORNIA 90069**

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury under the laws of the states of the United States that the foregoing is true and correct.

Executed on December 27, 2007, at Los Angeles, California.

SOLEDAD FIGUEROA